# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:18 cv 94

| | |
|---|---|
| MADELINE DELP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| CITY OF ASHEVILLE, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Before the Court is the motion for *pro hac vice* admission [# 2] filed by Robert C. Carpenter, counsel for Plaintiff Madeline Delp.

Upon review of the motion, it appears that Edward I. Zwilling is a member in good standing with the Alabama Bar and will be appearing with Robert C. Carpenter, a member in good standing with the Bar of this Court. Additionally, the applicant has paid the requisite admission fee.

Accordingly, the Court **GRANTS** the motion [# 2]. The Court **ADMITS** Edward I. Zwilling to practice *pro hac vice* before the Court while associated with local counsel.

Signed: April 13, 2018

_____
Dennis L. Howell
United States Magistrate Judge