UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISON
Civil Action No. 1:18-CV-00094

MADELINE DELP,

                Plaintiff,

v.

CITY OF ASHEVILLE,

                Defendant.

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Dismissal of all claims in this action, without prejudice, is hereby stipulated to by the parties, through their undersigned counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear its own costs.

This the 29th day of June, 2018.

                CITY OF ASHEVILLE
                CITY ATTORNEY'S OFFICE

By: **s/ Robin T. Currin**

     Robin T. Currin Bar Number: 17624
     Attorney for Defendant
     Asheville City Attorney's Office
     P.O. Box 7148
     Asheville, North Carolina 28802
     Telephone: (828) 259-5614
     Fax: (828) 259-5475
     Email: rcurrin@ashevillenc.gov

**s/ Kelly Langteau-Ball**

     Kelly Langteau-Ball Bar Number: 32791
     Attorney for Defendant
     Asheville City Attorney's Office
     P.O. Box 7148

        Asheville, North Carolina 28802
        Telephone: (828) 259-5613
        Fax: (828) 259-5475
        Email: klangteau-ball@ashevillenc.gov

        **s/ John B. Maddux**

        John B. Maddux Bar Number: 41404
        Attorney for Defendant
        Asheville City Attorney's Office
        P.O. Box 7148
        Asheville, North Carolina 28802
        Telephone: (828) 259-5616
        Fax: (828) 259-5475
        Email: jmaddux@ashevillenc.gov

        *Attorneys for Defendant*
        *City of Asheville*


SCHWARTZ, ROLLER & ZWILLING

By:    **s/ Edward I. Zwilling**

        Edward I. Zwilling, Esq.
        Attorney for Plaintiff
        Schwartz, Roller & Zwilling
        600 Vestavia Parkway, Suite 251
        Birmingham, Alabama 35216
        Telephone: (205) 822-2701
        Fax: (205) 822-2702
        Email: ezwilling@szalaw.com